ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 7/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
FIKRETA KUKAJ a/k/a              :
FIKRETA KUKIC,                   :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   08 Civ. 4399 (RJS)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 14, 2008 to and including September 15, 2008.  This extension is requested because

defendant's counsel has not yet received administrative record in this case. No prior extensions have been requested in this case.

Dated: New York, New York
       June 24, 2008

>                         MAX D. LEIFER, P.C.
>                         Attorney for Plaintiff
>
>                         By: _____
>                             MAX D. LEIFER, ESQ.
>                             628 Broadway - Suite 300
>                             New York, New York  10012
>                             Telephone No.: (212) 334-9699
>
>                         MICHAEL J. GARCIA
>                         United States Attorney
>                         Southern District of New York
>                         Attorney for Defendant
>
>                         By: _____
>                             SUSAN D. BAIRD
>                             Assistant United States Attorney
>                             86 Chambers Street - 3rd Floor
>                             New York, New York  10007
>                             Telephone No.: (212) 637-2713
>                             Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

7/2/08