ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
FIKRETA KUKAJ o/b/o               :
FIKRETA KUKIC,                    :
                                  :
                    Plaintiff,    :
                                  :
        - v. -                    :     STIPULATION AND ORDER
                                  :          OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :     08 Civ. 4399 (RJS)
Social Security,                  :
                                  :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

MICROFILMED
AUG 29 2008 -12 00 PM

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       August 16, 2008

By: _____
MAX D. LEIFER, P.C.
Attorney for Plaintiff

MAX D. LEIFER, ESQ.
628 Broadway - Suite 300
New York, New York  10012
Telephone No.: (212) 334-9699

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE